**Deny and Opinion Filed May 18, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00459-CV**

**IN RE CHILDREN'S MEDICAL CENTER OF DALLAS, Relator**

**Original Proceeding from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-02427-B**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Reichek

Before the Court are relator Children's Medical Center of Dallas's petition for writ of mandamus and emergency motion for temporary relief. In the petition, relator challenges the trial court's temporary restraining order. In a single issue, relator contends the order is void because it does not specifically detail what harm, if any, real party in interest Dr. Ximena Lopez, M.D., will suffer and why such harm is imminent and irreparable.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and there is no adequate appellate remedy. *In re Copart, Inc.*, 619 S.W.3d 710, 713 (Tex. 2021) (orig. proceeding) (citing *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding)). After reviewing

relator's petition and the record, we conclude the findings contained in the order are sufficiently specific regarding harm, and as a result relator has failed to show the trial court abused its discretion.  Accordingly, we deny relator's petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a).

|  | /Amanda L. Reichek// |
|  | AMANDA L. REICHEK |
| 220459f.p05 | JUSTICE |

Schenck, J., dissenting.